UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YONAIKER MORALES TINEO,                *
                                       *
      Petitioner,                      *
                                       *
      v.                               *        Civil Action No. 1:26-cv-11708-IT
                                       *
DAVID WESLING, et al.,                 *
                                       *
      Respondents.                     *
                                       *

ORDER

May 26, 2026

TALWANI, D.J.

      In light of the court's Memorandum & Order [Doc. No. 8] granting Petitioner's Petition

for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by May 4, 2026, and

Respondents' Status Report [Doc. No. 8] indicating a bond hearing was conducted on May 4,

2026, at which time Petitioner was denied bond, Respondents' unopposed Motion to Vacate

[Doc. No. 9] is GRANTED and this action is CLOSED.

      IT IS SO ORDERED.

                                                /s/ Indira Talwani
                                                United States District Judge